IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LYNN TAYLOR, ) | |
| ) | |
| Petitioner, ) | No C 06-3725 VRW (PR) |
| ) | |
| vs. ) | ORDER |
| ) | |
| JAMES A YATES, Warden, ) | |
| ) | |
| Respondent. ) | |

      Petitioner has filed an opposition to respondent's second motion to dismiss the petition as untimely, as well as numerous exhibits in support.  Respondent shall file a reply to the opposition by no later than April 25, 2008.

      SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\HC.06\Taylor1.or7.wpd